# United States Court of Appeals

### For the Eighth Circuit

_____

No. 14-2187

_____

Steven M. Evans

*Petitioner - Appellant*

v.

Warden Linda Sanders

*Respondent - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: October 7, 2014
Filed: October 22, 2014
[Unpublished]

_____

Before LOKEN, MELLOY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Steven Evans appeals the district court's[1] order denying his 28 U.S.C. § 2241 petition challenging his civil commitment under 18 U.S.C. § 4246. Following careful de novo review, see United States v. Lurie, 207 F.3d 1075, 1076 (8th Cir. 2000), we conclude that Evans's challenges to the lawfulness of his confinement, and particularly his jurisdictional arguments, are meritless. Accordingly, we affirm, and we grant counsel's motion to withdraw.

_____

[1]The Honorable Fernando J. Gaitan, Jr., Chief Judge, United States District Court for the Western District of Missouri, adopting the report and recommendations of the Honorable David P. Rush, United States Magistrate Judge for the Western District of Missouri.